George P. Malloy, Respondent, v. The City of New York, Defendant; Baco Garage Corporation, Appellant.— Judgment in favor of the plaintiff for

personal injuries sustained when he tripped and fell over a coping extending from the entrance of appellant's property onto the public sidewalk unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.